DEMETRIUS WILLIAMS
TDCJ-ID #1824940
ALFRED HUGHES UNIT
Rt.2 Box 4400
GATESVILLE,TX. 76597

March 19,2015

Clerk of Court of Criminal Appeals
Mr.Abel Acosta
P.O.Box 12308
Austin,Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

RE:State of Texas V. Demetrius Williams
    Cause No.1308742

    Appellate No.01-12-01084-CR

Dear Clerk,

I am writing in regards to information concerning the dates I filed for
extentions to file a Petition for Discretionary Review with the Court of
Criminal Appeals.

The First District Court of Appeals Affirmed my conviction in an unpublished
opinion on January 7,2014.Williams V. State,No.01-12-01084-CR,2014 WL 60723,
at *3,Mandate of affirmance was issued on May 2,2014.

I wrote the Court of Criminal Appeals requesting an extension of time to file
my PDR 2 times and both times it was granted but I could not do so because
I was benched warranted to a county that I had no access to the law library,
therefore,I failed to file one sir.At this point I've exhausted all of my
state remedies in that regard,and I am in need of the following information:

1)The dates I requested the extension to file my PDR and
2)The dates I was granted extensions to file my PDR.

Your cooperation concerning this matter shall be highly appreciated sir.

Thank You,

Demetrius Williams